MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*
*Busco, Inc. d/b/a Arrow Stage Lines*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HALASZ, | ) |
| Plaintiff, | ) Case No.: 2:21-cv-02058-JCM-DJA |
| v. | ) |
| BUSCO, INC. d/b/a ARROW STAGE LINES; DOES I-X; ROE BUSINESS ENTITIES I-X, | ) **STIPULATION AND ORDER FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** |
| Defendants. | ) **(First Request)** |

Plaintiff and Defendant Busco, Inc. d/b/a Arrow Stage Lines, by and through their respective counsel, hereby stipulate and agree that Defendant shall have through December 7, 2021, to file its responsive pleading. This is the first stipulation for extension of time to file a

///

///

///

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

responsive pleading. It is not being requested for purposes of delay.

Dated this 23rd day of November 2021.

| KEMP & KEMP | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ James P. Kemp<br>James P. Kemp<br>Nevada Bar No. 6375<br>7425 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br><br>*Attorneys for Plaintiff* | By: /s/ Malani L. Kotchka<br>Malani L. Kotchka<br>Nevada Bar No. 283<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*Busco, Inc. d/b/a Arrow Stage Lines* |

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2021