JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
*Attorneys for Plaintiff JOHN HALSZ*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HALASZ<br><br>                                        Plaintiff,<br><br>vs.<br><br>BUSCO, INC., a Nebraska Corporation d/b/a<br>ARROW STAGE LINES; DOES I-X; ROE<br>BUSINESS ENTITIES I-X<br><br>                                        Defendants. | Case No. 2:21-cv-2058-JCM-DJA<br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JOHN HALASZ and BUSCO, INC., d/b/a ARROW STAGE LINES, by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss the entire action and all claims set forth in Plaintiff's Complaint, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ◆ Fax (702) 258-6983

1

The parties further agree that they will each bear their own costs and attorneys' fees.

/s/ James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/ 258-6983 fax
Attorney for Plaintiff
John Halasz

/s/ Heidi A Guttau
Malani L. Kotchka, Esq.
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
(702) 834-8777 / 834-5262 fax
Attorney for Defendant
Busco, Inc. d/b/a Arrow Stage Lines

Heidi A. Guttau, Esq.
BAIRD HOLM, LLP
1500 Farnam Street
Omaha, NE 68101
(402) 636-8212 / (402) 344-0588 fax
lguttau@bairdholm.com
Attorney for Defendant (*pro vac vice*)
Busco, Inc. d/b/a/ Arrow Stage Lines

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

DATED: August 25, 2022

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DR., SUITE 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2